IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JULIO CEASAR SEGURA,

    Plaintiff

v.

SECRETARY JOHN WETZEL, et al.,

    Defendants

CIVIL NO. 3:CV-17-0931

(Judge Caputo)

## ORDER

**AND NOW**, this **14th** day of **AUGUST, 2017**, it is **ORDERED** that Mr. Segura's Motion for Appointment of Counsel (ECF No. 3) is denied without prejudice.

                                          /s/ A. Richard Caputo
                                          **A. RICHARD CAPUTO**
                                          **United States District Judge**