# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JULIO CEASAR SEGURA,

    Plaintiff

    v.

SECRETARY JOHN WETZEL, *et al.*,

    Defendants

CIVIL ACTION NO. 3:CV-17-0931

(Judge Caputo)

# O R D E R

**AND NOW**, this **19th** day of **OCTOBER**, **2017**, for the reasons set forth in the accompanying memorandum, **IT IS HEREBY ORDERED** that:

1. Mr. Segura's motions for appointment of counsel (ECF Nos. 24, 31 and 37) are **DENIED**.

2. Mr. Segura's motion to compel (ECF No. 26) is **DENIED**.

3. Mr. Segura's motion for witnesses to testify (ECF No. 32) is **DENIED**.

4. The Clerk of Court shall update Mr. Segura's address to reflect his current place of incarceration: SCI-Smithfield.[1]

                                        /s/ A. RICHARD CAPUTO
                                        **A. RICHARD CAPUTO**
                                        **United States District Judge**

---

[1] Mr. Segura is reminded of his affirmative obligation to keep the Court informed of his current address. If the Court is unable to communicate with Plaintiff because he has failed to notify the court of his address, the Plaintiff will be deemed to have abandoned his lawsuit.