**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JULIO CEASAR SEGURA,** : | |
| : | |
| **Plaintiff** : | |
| : | **CIVIL ACTION NO. 3:CV-17-0931** |
| **v.** : | |
| : | **(Judge Caputo)** |
| **SECRETARY JOHN WETZEL,** *et al.,* : | |
| : | |
| **Defendants** : | |

**O R D E R**

**AND NOW**, this **23rd** day of **JANUARY**, **2018**, for the reasons set forth in the accompanying memorandum, **IT IS HEREBY ORDERED** that Mr. Segura's fourth motion for appointment of counsel (ECF No. 51) is **DENIED**.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**