# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JULIO CEASAR SEGURA,  :
    Plaintiff  :
      :  CIVIL ACTION NO. 3:CV-17-0931
    v.  :
      :  (Judge Caputo)
SECRETARY JOHN WETZEL, *et al.*,  :
    Defendants  :

# O R D E R

**AND NOW**, this **12th** day of **JULY**, **2018**, in accordance with the foregoing Memorandum, it is hereby **ORDERED** that:

1. Plaintiff's motion for extension of the discovery Period (ECF No. 68) is **GRANTED**.

2. Plaintiff's motion for status of his motion to compel (ECF No. 69) is **DENIED**.

3. Defendants' motion for extension of time to complete discovery (ECF No. 71) is **GRANTED**.

4. Defendants' motion for summary judgment is **DISMISSED** without prejudice.

5. Plaintiff's motion for extension of time to file a brief in opposition to Defendants' motion for summary judgment is **GRANTED**.

6. Plaintiff's motion for appointment of counsel (ECF No. 76) is conditionally **GRANTED**.

7. The Clerk of Court is **DIRECTED** to forward a copy of this Order to the Co-Chair of the Federal Bar Association's Pro Bono Committee, Michael A. O'Donnell, Esquire, O'Donnell Law Offices, 267 Wyoming Avenue, Kingston, PA 18704, who shall select, or affect the selection of a member of the Bar Association to represent Plaintiff, Julio Ceasar Segura, in this matter.

8. Appointed counsel for Plaintiff is **DIRECTED** to file an entry of appearance with the Court no later than thirty (30) days from the date of this Order.

9. Plaintiff's motion to compel (ECF No. 53) is **STAYED** for ninety (90) days to allow appointed counsel and defense counsel the opportunity to address the matter without Court intervention.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**